COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| DONALD BRADLEY PRINCE, | | No. 08-11-00215-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 396th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellees. | § | (TC # 1192824D) |

## MEMORANDUM OPINION

Donald Bradley Prince appeals his conviction of aggravated assault against a public servant. Appellant waived his right to a jury trial and entered an open plea of guilty to the trial court. The court found Appellant guilty and assessed his punishment at imprisonment for a term of thirty-five years. We affirm.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U .S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing contentions which counsel says might arguably support the appeal. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974); *Pena v. State*, 932 S.W.2d 31 (Tex.App.--El Paso 1995, no pet.). Counsel delivered a copy of his brief to Appellant and advised Appellant of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

The Court has carefully reviewed the record and counsel's brief in its entirety, and agrees that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that

might arguably warrant an appeal. The judgment of the trial court is affirmed.


January 23, 2013                    _____

                                   ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating

(Do Not Publish)